UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81023-CIV-CANNON

**NELSON FERNANDEZ**,

    Plaintiff,

v.

**BROOKE AND ARROW BOUTIQUE, LLC**,

    Defendant.

_____/

**ORDER CLOSING CASE**

**THIS CAUSE** comes before the Court upon Plaintiff's Notice of Voluntary Dismissal [ECF No. 7], filed on August 25, 2022. Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Notice of Voluntary Dismissal, filed by Plaintiff prior to Defendant serving an answer or motion for summary judgment, dismisses the case. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, this case is **DISMISSED WITH PREJUDICE**, effective August 25, 2022, the date on which Plaintiff filed the Notice of Voluntary Dismissal [ECF No. 7].

The Clerk of Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 26th day of August 2022.

                                                  **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record